[No. 4165.]

THE COLORADO ATHLETIC ASSOCIATION V. SPEER ET AL.

OPINION FOLLOWED:

   This case is affirmed upon the opinion in the case of The Olympic Athletic Club v. Speer et al., *ante*, p 158.

*Appeal from the District Court of Arapahoe County.*

Mr. F. W. LIENAU, for appellant.

Mr. J. M. ELLIS, and Mr. S. L. CARPENTER, for appellees.

*Per Curiam.*—The legal questions involved in this controversy are the same as in *Olympic Athletic Club v. Speer et al., ante* p. 158. The decision there controls here, and the judgment is accordingly affirmed.

*Affirmed.*